

# AURORA ENTERPRISES 1, LLC ET AL VS. AMERICAN BANKERS INS. CO

## JEFFERSON CIRCUIT COURT

**20-CI-006838**

Filed on **11/25/2020** as **CONTRACT** with **HON. JUDITH MCDONALD BURKMAN**

**\*\*\*\* NOT AN OFFICIAL COURT RECORD \*\*\*\***

| Parties | 20-CI-006838 |
|---|---|

**AMERICAN BANKERS INS. CO. OF FLORIDA** as **DEFENDANT / RESPONDENT**

**Memo**

Registered Agent of Service exists.

**Summons**

**CIVIL SUMMONS** issued on **11/25/2020** by way of **CERTIFIED MAIL**
*LINDA SMITH, CSC, SIGNED*

**AURORA ENTERPRISES 1, LLC** as **PLAINTIFF / PETITIONER**

**RITU KAPOOR, EX. OF EST. OF ROHIT ARORA** as **PLAINTIFF / PETITIONER**

**ADANICK, PERRY** as **ATTORNEY FOR DEFENDANT**

**Address**

ROLFES HENRY CO., LPA
10200 FOREST GREEN BLVD
LOUISVILLE KY 40223

**ADANICK, PERRY** as **ATTORNEY FOR DEFENDANT**

**Address**

ROLFES HENRY CO., LPA
10200 FOREST GREEN BLVD
LOUISVILLE KY 40223

**BURCH, STEWART C.** as **ATTORNEY FOR PLAINTIFF**

**Address**

114 WEST CLINTON STREET
FRANKFORT KY 40601

**CORPORATION SERVICE COMPANY** as **REGISTERED AGENT OF SERVICE**

**Memo**

Related party is AMERICAN BANKERS INS. CO. OF FLORIDA

**Address**

421 WEST MAIN STREET
FRANKFORT KY 40601

| Documents | 20-CI-006838 |
|---|---|

**COMPLAINT / PETITION** filed on **11/25/2020**

**ANSWER** filed on **12/17/2020**

**NOTICE - OTHER** filed on **12/17/2020**

| |
|---|
| **COMPLAINT / PETITION** filed on **11/25/2020** *Page(s): 3* |
| **COMPLAINT / PETITION** filed on **11/25/2020** *Page(s): 3* |
| **COMPLAINT / PETITION** filed on **11/25/2020** *Page(s): 3* |
| **COMPLAINT / PETITION** filed on **11/25/2020** *Page(s): 3* |
| **COMPLAINT / PETITION** filed on **11/25/2020** *Page(s): 3* |
| **COMPLAINT / PETITION** filed on **11/25/2020** *Page(s): 3* |
| **COMPLAINT / PETITION** filed on **11/25/2020** *Page(s): 3* |
| **COMPLAINT / PETITION** filed on **11/25/2020** *Page(s): 3* |
| **SUMMONS** filed on **11/25/2020** *Page(s): 1* |
| **SUMMONS** filed on **11/25/2020** *Page(s): 1* |
| **SUMMONS** filed on **11/25/2020** *Page(s): 1* |
| **SUMMONS** filed on **11/25/2020** *Page(s): 1* |
| **SUMMONS** filed on **11/25/2020** *Page(s): 1* |
| **SUMMONS** filed on **11/25/2020** *Page(s): 1* |
| **SUMMONS** filed on **11/25/2020** *Page(s): 1* |
| **SUMMONS** filed on **11/25/2020** *Page(s): 1* |
| **COURTESY FINANCIAL TRANSACTION REPORT** filed on **11/25/2020** *Page(s): 1* |
| **ANSWER** filed on **12/17/2020** *Page(s): 4* |
| **NOTICE - OTHER** filed on **12/17/2020** *Page(s): 2* |

**\*\*\*\* End of Case Number : 20-CI-006838 \*\*\*\***

NOT ORIGINAL DOCUMENT
11/28/2020 12:57:45 PM
92414-3

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
DIVISION _____
CIVIL ACTION NO. 20-CI-_____

AURORA ENTERPRISES 1, LLC,
a Delaware Limited Liability Company, and
RITU KAPOOR, Executrix of
THE ESTATE OF DR. ROHIT ARORA                                    PLAINTIFFS


V.                                    COMPLAINT


AMERICAN BANKERS INSURANCE
COMPANY OF FLORIDA                                               DEFENDANT

          Serve:        Corporation Service Company
                        421 West Main Street
                        Frankfort, KY 40601

          _____

          The Plaintiffs file the following Complaint against Defendant American Bankers

Insurance Company of Florida:

          1.      Plaintiff Aurora Enterprises 1, LLC, is a Delaware limited liability

company, and the owner of real property with improvements known as 2612 South

English Station Road, Louisville, Jefferson County, Kentucky ("the Property").

          2.      Dr. Rohit Arora was the sole member and owner of Plaintiff Aurora

Enterprises 1, LLC at the time of his death.  Dr. Rohit Arora is the named insured

under a policy of insurance with Defendant American Bankers Insurance Company of

Florida.  On December 19, 2019, Ritu Kapoor qualified as Executrix of the Estate of Dr.

Rohit Arora and pursuant to the Last Will and Testament of Dr. Rohit Arora, became

-1-

NOT ORIGINAL DOCUMENT
11/28/2020 12:57:45 PM
92414-3

the sole owner or member of Plaintiff Aurora Enterprises 1, LLC.

3.     American Bankers Insurance Company of Florida ("American Bankers")

is a foreign insurance company doing business within the Commonwealth of Kentucky.

The service of process agent for American Bankers is Corporation Service Company,

421 West Main Street, Frankfort, Kentucky 40601.

4.     American Bankers issued a policy of insurance to the Plaintiffs which

provided for coverage in the event of loss or damage to certain improvements located

on the Property.  The policy has been designated by American Bankers as Policy No.

FS4142698 05 ("the Policy").  The Policy was in full force and effect at the time of the

loss set forth below.

5.     On November 27, 2018, damaging winds crossed the Property causing

damage to the improvements located at the Property.

6.     The wind damage sustained to the Plaintiffs' Property is a covered event

under the terms of the Policy.

7.     American Bankers has breached the Policy and the agreement of the

parties by wrongfully refusing to pay for the wind damage covered under the terms of

the Policy.

8.     The damages sustained by the Plaintiffs as a result of the breach by

American Bankers are in excess of the minimum jurisdictional limits of this Court.

WHEREFORE, the Plaintiffs demand judgment against American Bankers in

an amount to be determined by a jury in excess of the minimum jurisdictional limits

of this Court; for a trial by jury; for recovery of all court costs and attorney's fees; and

-2-

NOT ORIGINAL DOCUMENT
11/28/2020 12:57:45 PM
92414-3

for any and all other relief to which the Plaintiffs may appear to be entitled.

LOGAN BURCH & FOX


　/s/　Stewart C. Burch
Stewart C. Burch
114 West Clinton Street
Frankfort, Kentucky 40601
(502) 875-3884
sburch@lgpllc.com
ATTORNEY FOR PLAINTIFFS


ref:smp(Stewart-Pleadings)Arora.Complaint



# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Ms. Mona Cohen<br>Assurant<br>11222 Quail Roost Dr<br>Miami, FL 33157-6596 |

| | |
|---|---|
| **Entity:** | American Bankers Insurance Company of Florida<br>Entity ID Number  0470861 |
| **Entity Served:** | American Bankers Ins. Co. of Florida |
| **Title of Action:** | Aurora Enterprises 1, LLC vs. American Bankers Insurance Company of Florida |
| **Matter Name/ID:** | Aurora Enterprises 1, LLC vs. American Bankers Insurance Company of Florida (10713782) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Jefferson County Circuit Court, KY |
| **Case/Reference No:** | 20-CI-006838 |
| **Jurisdiction Served:** | Kentucky |
| **Date Served on CSC:** | 12/03/2020 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Stewart C. Burch<br>502-875-3884 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

AOC-E-105      Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice    Courts.ky.gov

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

Case #: **20-CI-006838**
Court:    **CIRCUIT**
County: **JEFFERSON Circuit**

---

*Plantiff,* **AURORA ENTERPRISES 1, LLC ET AL VS. AMERICAN BANKERS INS. CO,** *Defendant*

TO:  **CORPORATION SERVICE COMPANY**

   **421 WEST MAIN STREET**

   **FRANKFORT, KY 40601**

Memo: Related party is AMERICAN BANKERS INS. CO. OF FLORIDA

The Commonwealth of Kentucky to Defendant:
**AMERICAN BANKERS INS. CO. OF FLORIDA**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Davis L. Nicholas*

Jefferson Circuit Clerk
Date: **11/25/2020**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20_____          _____
                                                            Served By

                                          _____
                                                            Title

---

Summons ID: 296892220484992@00000961671
CIRCUIT: 20-CI-006838 Certified Mail
AURORA ENTERPRISES 1, LLC ET AL VS. AMERICAN BANKERS INS. CO

    Page 1 of 1

**eFiled**

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
DIVISION _____
CIVIL ACTION NO. 20-CI-_____

AURORA ENTERPRISES 1, LLC,
a Delaware Limited Liability Company, and
RITU KAPOOR, Executrix of
THE ESTATE OF DR. ROHIT ARORA                    PLAINTIFFS


V.                              COMPLAINT


AMERICAN BANKERS INSURANCE
COMPANY OF FLORIDA                               DEFENDANT

> Serve:    Corporation Service Company
>           421 West Main Street
>           Frankfort, KY 40601

---

The Plaintiffs file the following Complaint against Defendant American Bankers

Insurance Company of Florida:

1.    Plaintiff Aurora Enterprises 1, LLC, is a Delaware limited liability

company, and the owner of real property with improvements known as 2612 South

English Station Road, Louisville, Jefferson County, Kentucky ("the Property").

2.    Dr. Rohit Arora was the sole member and owner of Plaintiff Aurora

Enterprises 1, LLC at the time of his death. Dr. Rohit Arora is the named insured

under a policy of insurance with Defendant American Bankers Insurance Company of

Florida. On December 19, 2019, Ritu Kapoor qualified as Executrix of the Estate of Dr.

Rohit Arora and pursuant to the Last Will and Testament of Dr. Rohit Arora, became

-1-

the sole owner or member of Plaintiff Aurora Enterprises 1, LLC.

3.     American Bankers Insurance Company of Florida ("American Bankers") is a foreign insurance company doing business within the Commonwealth of Kentucky. The service of process agent for American Bankers is Corporation Service Company, 421 West Main Street, Frankfort, Kentucky 40601.

4.     American Bankers issued a policy of insurance to the Plaintiffs which provided for coverage in the event of loss or damage to certain improvements located on the Property. The policy has been designated by American Bankers as Policy No. FS4142698 05 ("the Policy"). The Policy was in full force and effect at the time of the loss set forth below.

5.     On November 27, 2018, damaging winds crossed the Property causing damage to the improvements located at the Property.

6.     The wind damage sustained to the Plaintiffs' Property is a covered event under the terms of the Policy.

7.     American Bankers has breached the Policy and the agreement of the parties by wrongfully refusing to pay for the wind damage covered under the terms of the Policy.

8.     The damages sustained by the Plaintiffs as a result of the breach by American Bankers are in excess of the minimum jurisdictional limits of this Court.

WHEREFORE, the Plaintiffs demand judgment against American Bankers in an amount to be determined by a jury in excess of the minimum jurisdictional limits of this Court; for a trial by jury; for recovery of all court costs and attorney's fees; and

-2-

for any and all other relief to which the Plaintiffs may appear to be entitled.

LOGAN BURCH & FOX

/s/   Stewart C. Burch
Stewart C. Burch
114 West Clinton Street
Frankfort, Kentucky 40601
(502) 875-3884
sburch@lgpllc.com
ATTORNEY FOR PLAINTIFFS

ref:smp(Stewart-Pleadings)Arora.Complaint

-3-



David L. Nicholson, Jefferson Circuit Clerk
600 West Jefferson Street
Louisville, KY 40202-4731

CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT, KY 40601



# KCOJ eFiling Cover Sheet

Case Number: 20-CI-006838

Envelope Number: 2968922

Package Retrieval Number: 296892220484992@00000961671

Service by: Certified Mail

Service Fee: $ 0.00

Postage Fee: $ 12.35

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.



U.S. POSTAGE >> PITNEY BOWES

ZIP 40202 $ 007.60⁰
02 4W
0000371276 NOV. 30 2020



CERTIFIED MAIL

7019 2970 0001 2772 5290

E2C2B4A2-A74A-4254-B140-00FA98D0B21A : 000001 of 000004

20-22341

CASE NO. 20-CI-006838

JEFFERSON CIRCUIT COURT
DIVISION NINE (9)
HON. JUDITH MCDONALD-BURKMAN, JUDGE

AURORA ENTERPRISES 1, LLC,
a Delaware Limited Liability Company, and
RITU KAPOOR, Executrix of THE ESTATE
OF DR. ROHIT ARORA                                                    PLAINTIFFS

v.      **DEFENDANT AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA'S
ANSWER TO PLAINTIFF'S COMPLAINT**

AMERICAN BANKERS INSURANCE
COMPANY OF FLORIDA                                                    DEFENDANT

*** *** ***

Comes the Defendant, American Bankers Insurance Company of Florida, by counsel, and for its Answer to Plaintiff's Complaint and states as follows:

1.      The Complaint fails to state a cause of action against this Defendant upon which relief can be granted.

2.      The matters asserted in Plaintiffs' Complaint are or may be barred by any and all statutes of limitation and/or contractual limitation periods.

3.      This Defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraphs 1 and 2 of Plaintiffs' Complaint and all such allegations are, therefore, denied.

4.      This Defendant admits the allegations contained in paragraph 3 of Plaintiffs' Complaint.

5.      This Defendant denies the allegations of paragraph 4 as written and instead avers that it issued a policy of insurance FSL-414269805-98 to Dr. Rohit Arora which provided certain coverages for the location described therein. This policy of insurance was subject to all of its terms, definitions, and exclusions, all of which are relied upon by this Defendant in this action.

ANS : 000001 of 000004

6.      In response to the allegations contained in paragraphs 5 and 6 of Plaintiffs' Complaint, it is admitted that some minor wind damage occurred to Dr. Arora's property as the result of a November 2018 storm and that some of the reported damage was covered under the terms of the policy of insurance. This Defendant denies each and all of the remaining allegations contained in paragraphs 5 and 6 of Plaintiffs' Complaint.

7.      This Defendant denies each and all of the allegations contained in paragraphs 7 and 8 of Plaintiffs' Complaint and instead avers that all sums that were properly payable under the terms of the insurance policy for the alleged loss have in fact been paid.

8.      As a further defense, it is averred that at all times relevant to this action this Defendant acted with dispatch and dealt in good-faith with its insured and otherwise acted in conformity with the terms of the subject insurance policy and the requirements of Kentucky law.

9.      As an additional defense, it is averred that the Plaintiffs have a duty to mitigate damages and to exercise ordinary care to avoid damages; any damages which the Plaintiffs failed to mitigate or avoid are barred or, in the alternative, any judgment received by the Plaintiffs (entitlement to which must be expressly proven by the Plaintiffs) must be reduced in proportion to any finding that the Plaintiffs failed to mitigate damages or to exercise ordinary care to prevent damage.

10.      Any allegation contained in the Plaintiff's Complaint which has not been specifically admitted is to be deemed denied.

11.      Because investigation of the allegations contained in the Complaint is not complete at this time, this Defendant may have defenses which are not presently known.  Therefore, in order to preserve any such defenses, this Defendant herein incorporates by reference all of those appropriate defenses set forth in Rules 8 and 12 of the Kentucky Rules of Civil Procedure.

E2C2B4A2-A74A-4254-B140-00FA98D0B21A : 000002 of 000004

ANS : 000002 of 000004

Moreover, this Defendant reserves all rights pursuant to Rule 15 of the Kentucky Rules of Civil Procedure to subsequently amend this pleading in order to clarify, if necessary, the applicability of any such defense or to add any other defenses (affirmative or otherwise) pertinent to this action.

**WHEREFORE**, the Defendant, American Bankers Insurance Company of Florida, demands as follows:

1.      That the Plaintiffs' Complaint against this Defendant be dismissed and held for naught;

2.      Trial by jury of all issues so triable;

3.      Its costs herein expended; and

4.      Any and all other proper relief to which this Defendant may appear to be entitled.

Respectfully submitted,

/s/ Perry A. Adanick _____
Hon. James P. Nolan, II
Hon. Perry A. Adanick
Rolfes Henry Co., LPA
10200 Forest Green Blvd., Suite 602
Louisville, KY 40223
P: (502) 371-4000
F: (502) 371-4009
jnolan@rolfeshenry.com
padanick@rolfeshenry.com
*Counsel for Defendant, American Bankers*
*Insurance Company of Florida*

## CERTIFICATE OF SERVICE

It is hereby certified that a true and accurate copy of the foregoing was served, via the Court's electronic filing system and/or via first-class mail, and facsimile, this the 17th day of December, 2020, upon the following:

Stewart C. Burch
Logan Burch & Fox
114 West Clinton Street
Frankfort, KY 40601
sburch@lgpllc.com
*Counsel for Plaintiffs*

/s/ Perry A. Adanick
Perry A. Adanick

20-22341

CASE NO. 20-CI-006838                                    JEFFERSON CIRCUIT COURT
                                                          DIVISION NINE (9)
                                         HON. JUDITH MCDONALD-BURKMAN, JUDGE

AURORA ENTERPRISES 1, LLC,
a Delaware Limited Liability Company, and
RITU KAPOOR, Executrix of THE ESTATE
OF DR. ROHIT ARORA                                                    PLAINTIFFS

v.   **NOTICE OF SERVICE OF DEFENDANT AMERICAN BANKERS INSURANCE
COMPANY OF FLORIDA'S FIRST SET OF REQUESTS FOR ADMISSIONS,
INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS
PROPOUNDED UPON PLAINTIFF RITU KAPOOR, Executrix of THE ESTATE OF
DR. ROHIT ARORA**

AMERICAN BANKERS INSURANCE
COMPANY OF FLORIDA                                                     DEFENDANT

*** *** ***

Comes the Defendant, American Bankers Insurance Company of Florida, by and through

undersigned counsel, and hereby notifies this Honorable Court that it served "Defendant American

Bankers Insurance Company of Florida's First Set of Requests for Admissions, Interrogatories and

Request for Production of Documents Propounded to Plaintiff Ritu Kapoor, Executrix of The

Estate of Dr. Rohit Arora" upon all counsel on this 17th day of December, 2020.

                                        Respectfully submitted,

                                        /s/ Perry A. Adanick
                                        Hon. James P. Nolan, II
                                        Hon. Perry A. Adanick
                                        Rolfes Henry Co., LPA
                                        10200 Forest Green Blvd., Suite 602
                                        Louisville, KY 40223
                                        P: (502) 371-4000
                                        F: (502) 371-4009
                                        jnolan@rolfeshenry.com
                                        padanick@rolfeshenry.com
                                        *Counsel for Defendant, American Bankers
                                        Insurance Company of Florida*

## CERTIFICATE OF SERVICE

It is hereby certified that a true and accurate copy of the foregoing was served, via the Court's electronic filing system and/or via electronic mail, first-class mail, and facsimile, this the 17th day of December, 2020, upon the following:

Stewart C. Burch
Logan Burch & Fox
114 West Clinton Street
Frankfort, KY 40601
sburch@lgpllc.com
*Counsel for Plaintiffs*

/s/ Perry A. Adanick_____
Perry A. Adanick

9FC3E892-6F6D-4153-8C12-C132CF08C503 : 000002 of 000002

NO : 000002 of 000002

CASE NO. 20-CI-006838                            JEFFERSON CIRCUIT COURT
                                              DIVISION NINE (9)
                        HON. JUDITH MCDONALD-BURKMAN, JUDGE

AURORA ENTERPRISES 1, LLC,
a Delaware Limited Liability Company, and
RITU KAPOOR, Executrix of THE ESTATE
OF DR. ROHIT ARORA                                      PLAINTIFFS

v.    **DEFENDANT AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA'S
FIRST SET OF REQUESTS FOR ADMISSIONS, INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED UPON
PLAINTIFF RITU KAPOOR, Executrix of THE ESTATE OF DR. ROHIT ARORA**

AMERICAN BANKERS INSURANCE
COMPANY OF FLORIDA                                        DEFENDANT

*** *** ***

Comes the Defendant, American Bankers Insurance Company of Florida, by counsel, and

submit the following First Set of Interrogatories and Requests for Production of Documents to

Plaintiff Ritu Kapoor, Executrix of The Estate of Dr. Rohit Arora, pursuant to the Kentucky Rules

of Civil Procedure.

## REQUESTS FOR ADMISSIONS

1.      Please admit that you are not a citizen of, and not domiciled in, the State of Florida.

For the purposes of this request, the term domiciled is defined as the term is used in the opinion in

*Travaglio v. Am. Express Co.*, 735 F.3d 1266, 1269 (11th Cir. 2013).[1]

**RESPONSE:**

2.      Please admit the amount of damages Plaintiffs are seeking in this matter, exclusive

of attorneys' fees, interest, and costs, is greater than Seventy-Five Thousand Dollars and No Cents

---

[1] "'Citizenship is equivalent to 'domicile' for purposes of diversity jurisdiction.' *McCormick v. Aderholt*, 293 F.3d 1254, 1257 (11th Cir. 2002). And domicile requires both residence in a state and 'an intention to remain there indefinitely . . . .' *Id.* at 1258 (internal quotation marks omitted)." *Travaglio v. Am. Express Co.*, 735 F.3d 1266, 1269 (11th Cir. 2013)

($75,000.00).

**RESPONSE:**

3.      Please admit the amount of damages Plaintiffs are seeking in this matter, exclusive of attorneys' fees, interest, and costs, is equal to or less than Seventy-Five Thousand Dollars and No Cents ($75,000.00).

**RESPONSE:**


4.      Please admit the amount of damages Plaintiffs are seeking in this matter, inclusive of attorneys' fees, but exclusive of interest and costs, is greater than Seventy-Five Thousand Dollars and No Cents ($75,000.00).

**RESPONSE:**


**5**.      Please admit the amount of damages Plaintiffs are seeking in this matter, inclusive of attorneys' fees, but exclusive of interest and costs, is equal to or less than Seventy-Five Thousand Dollars and No Cents ($75,000.00).

**RESPONSE:**

## <u>INTERROGATORIES</u>

1.      What is the name and current residential address of the person answering these interrogatories?

**RESPONSE:**

2.      Describe the Loss in specific detail, including but not limited to what happened, what was observed, the dates of what happened and what was observed, and identify each person with personal knowledge of these facts.

**RESPONSE:**

3.      Describe what you understand to be the cause of the Loss, the facts supporting your understanding of what happened, and identify each person who has assisted you in arriving at any of these understandings.

**RESPONSE:**

4.      Identify each person who observed the Loss, the date each person first observed the Loss, and describe each person's observations of the damage at the Property, and their observation(s) of any damages and/or losses alleged in your Complaint.

**RESPONSE:**

5.      Describe any and all steps or measures you or any other person or entity took to mitigate the Loss or damage and to protect the Property or any portion thereof, including personal property, after the Loss or damage was discovered, including who(m) or what entity(s) took such action(s) and when each step(s)  or effort(s) to protect the Property and any items contained within the property occurred.

**RESPONSE:**

6.      Describe the total dollar amount of damages you are claiming Defendant is obligated to pay according to the Policy for the Loss, or any portion thereof; and include a detailed breakdown of each item of damage and the cause of each item of damage, the location of the property when it was damaged, and the current location of the damaged property; identify each person or entity you rely on to support your claim for damages, and describe whether any of the Property, or portion thereof, of claimed damaged has been repaired or replaced, and if so, which specific Property, or part of it, has been repaired or replaced.

**RESPONSE:**

7.      Identify each person and entity who(m)/that has/have inspected the Property or any damaged area or damaged items, or otherwise made efforts to evaluate the damage as a result of the Loss, or has/have expressed a proposal or opinion as to the necessary repairs to the Property or items, and include each person's and entity's qualifications and professional affiliations, a summary of the findings or conclusions, a disclosure of whether an associated written report has been produced; and the name and contact information of anyone who has a copy of any associated written report.

**RESPONSE:**

8.      Describe every other claim you have submitted to any insurer within the ten (10) years preceding the subject Loss to the present date?  For each, describe the cause of the damages underlying each claim, the estimated cost to repair the damages underlying each claim, identify the insurer for each claim, the final terms and conditions of any resolution reached with respect to each claim and if you filed a lawsuit arising out of any of these claims, the name of the court and case number where it was filed and the final terms and conditions of any resolution reached with respect to each lawsuit.

**RESPONSE:**

9.      Describe any and all instances of any damage occurring at the Property, which instances of damage have occurred after the Loss, and which description should include but not be limited to a description of the damages, a description of the cause, the date of each damage event at the Property, a description of whether a claim was submitted for any damage, identify each insurer to whom a claim was presented for damage at the Property and the date it was presented.

**RESPONSE:**

10.      State whether you or anyone has taken any photographs of the damaged Property,

personal property, and/or losses alleged in your Complaint. If so, for each such photograph, please: identify the person taking the photograph, provide the date the photograph was taken, a description of what the photograph shows, and identify each person who has a copy of each such photograph.

**RESPONSE:**

11.     Identify all insurers that the Property's owners have had policies with, including but not limited to, homeowners or tenant/renters insurance, and any commercial insurance. Identify each such insurer and provide the policy number, type of insurance coverage, effective dates of the policy, and state whether the policy was cancelled or the insurer refused to renew any policy and, if a policy was nonrenewal or cancelled, please provide the reason(s) stated by the insurer for nonrenewal or the cancellation.

**RESPONSE:**

12.     Describe each action you took to comply with the Policy's duties after loss provisions, including how and when you notified Defendant, and your cooperation with the Defendant in obtaining and producing to Defendant any and all information, documentation, and/or items requested by Defendant regarding the Loss, including providing Defendant the opportunity to inspect personal property and the providing to Defendant of photographs and receipts for personal property.

**RESPONSE:**

13.     Identify each document pertaining to your compliance or non-compliance with the Policy's duties after loss provisions, in the claim presentation, and your cooperation with the Defendant in producing any and all information, documentation, and/or items to support the Loss, including, but not limited to, those efforts described in your Answer to Interrogatory Number 12, above.

**RESPONSE:**

14.     Identify each person who has resided at the Property, including each person's current age.

**RESPONSE:**

15.     Identify with specificity what was the use of each room and area contained within any loss area of the Property claimed for this Loss, and what percentage of time each room or area was used in the manner identified here. To the extent any person resided in (i.e., bedroom) or utilized any area or room in the loss area, please identify each person and, if not identified in Answer to Interrogatory Number 14, please provide each person's age at the time of the loss.

**RESPONSE:**

16.     Describe the total dollar amount in actual cash value ("ACV") for the damages to the Property that you are claiming the Defendant is obligated to pay according to the Policy for the Loss, or any portion thereof.

**RESPONSE:**

17.     Describe the total dollar amount in replacement cost value ("RCV") for the damages to the Property that you are claiming the Defendant is obligated to pay according to the Policy for the Loss, or any portion thereof.

**RESPONSE:**

18.     Identify each person you expect to call as a witness in this case, provide a summary of the information they have, and describe what you expect each such person will testify about.

**RESPONSE:**

19.     Identify each and every document and tangible item which you believe supports your allegations in the Complaint, and identify the custodian of each such document.

**RESPONSE:**

20. Have you ever filed for bankruptcy? If so, for each such bankruptcy, please describe the location of the court, the date you filed for bankruptcy, identify any trustee appointed by any bankruptcy court or otherwise, identify each creditor involved in any bankruptcy, the date it was closed, and a description of any bankruptcy proceeding that is not closed at this time.

**RESPONSE:**

21. Identify each person who participated in any removal of any item of, or portion of property, personal property, furnishings, furniture or fixtures from the Property from the date of the Loss to the present, whether such property was claimed by you to be damaged in the loss or not, and describe each such item or portion that was removed by each person identified.

**RESPONSE:**

22. Identify each person who participated in any repair, cleaning, or refurbishment of any portion of property, personal property, furnishings, furniture or fixtures on or from the Property from the date of the Loss to the present.

**RESPONSE:**

23. Identify any improvements, modifications, repairs or alterations made to the Property from the date you purchased the Property to the present; and indicate if permits were secured for such improvements, modifications, repairs or alterations, and, if so, identify the person from whom the permits were obtained and on what date(s) the permits were applied for and what date(s) there were obtained.

**RESPONSE:**

24. Identify each insurer, or person, to whom you have made any claim for any damage to property where you were residing or which you occupied as an abode, whether temporarily,

seasonally or year-round, and for each claim, provide the date you presented it, describe the property which was damaged, provide the total dollar amount of the claim which you presented, the amount paid to you or on your behalf by the insurer or person to whom you made such claim, and the date of that payment.

**RESPONSE:**

25. For each insurance policy you had which was in effect on the date of the Loss, identify the insurer each person insured thereunder, the type of policy, and the dollar amount of each type of coverage thereunder.

**RESPONSE:**

26. For each insurance policy which provided any coverage to the property or to any portion thereof on the date of the Loss, identify the insurer, each person insured thereunder, the type of policy, and the dollar amount of each type of coverage thereunder.

**RESPONSE:**

## <u>REQUESTS FOR PRODUCTION OF DOCUMENTS</u>

1. Any and all documents in any way related to any communication between you and Defendant, in any way related to the Loss, the Claim or the Property, which documents should include but not be limited to letters, faxes, electronic mail, and telephone bills showing telephone calls, online forms and submissions.

**RESPONSE:**

2. Any and all documents in any way related to any communication between you and any public adjuster in any way related to the Loss, the Claim or the Property.

**RESPONSE:**

3. Any and all documents related to any communication between you or anyone on

your behalf and any insurance agent, in any way related to the Loss, the Claim or the Property, which documents should include but not be limited to letters, electronic mail, and telephone bills showing telephone calls, and online forms and submissions.

**RESPONSE:**

4.      Any and all sworn proof of loss forms executed by you or any other person in any way related to the Loss, the Claim or the Property.

**RESPONSE:**

5.      Any and all documents in any way relating to your compliance with the insured's post-loss obligations under the Policy, which documents should include but not be limited to: those showing compliance with the obligation to promptly report the loss, to make reasonable and necessary repairs or modifications to protect the Property, or any items or personal property contained within the Property, from further damage, loss, or disposal.

**RESPONSE:**

6.      Any and all receipts, invoices and itemized statements for any services of any kind performed at the Property by you and/or any person at your direction, in any way relating to the Loss or the Claim. If you are not able to provide such documents, identify each such person in your Answer to Interrogatories Number 21 and 22.

**RESPONSE:**

7.      Any and all contracts or agreements between you and any other person concerning repair, demolition, remediation, and cleanup or cleanout of the Property from the date of Loss to the present.

**RESPONSE:**

8.      Any and all receipts or related documents in any way relating to purchased, rented

or leased products or equipment utilized in any repairs, demolition, remediation, and cleanup or cleanout of the Property from the date of the Loss to the present.

**RESPONSE:**

9.      Any and all documents evidencing expenditures by you or on your behalf for repair, demolition, remediation, and cleanup or cleanout of the Property or any portion thereof, or any personal property, which documents may include but not be limited to canceled checks for repairs, receipts, invoices, itemized statements, or any other evidence of payment for such repairs, reconstruction, modification or restoration of the Property, or in any way relating to the damages you are claiming in this case.

**RESPONSE:**

10.     If as part of this litigation you are seeking reimbursement/indemnification for replacement or repair of any property, personal property, furnishings, furniture or fixtures allegedly damaged in the Loss, produce any and all documents evidencing the repair and/or replacement of any such property, including but not limited to estimates, proposals, contracts, subcontracts, cancelled checks, credit card slips or statements, brochures, appraisals, invoices, receipts, and purchase orders.

**RESPONSE:**

11.     Any and all photographs, videos, documents or other illustrative representations which depict the interior or exterior of the Property or any portion thereof, or any personal property damaged in the Loss, before the alleged date that the Loss occurred.

**RESPONSE:**

12.     Any and all photographs, videos, documents or other illustrative representations which depict the interior or exterior of the Property or any portion thereof, or any personal property

damaged in the Loss after the time of discovery of the Loss, before any repairs were performed or replacement occurred.

**RESPONSE:**

13.    Any and all photographs, videos, documents or other illustrative representations which depict the interior or exterior of the Property or any portion thereof or any personal property damaged in the loss after the Loss and after repairs were performed.

**RESPONSE:**

14.    Any and all documents in any way related to any communication between you and any mortgagee or note holder, in any way relating to the Loss or the Claim, which documents should include but not be limited to any communication concerning foreclosure, a risk of foreclosure, mortgage modifications, and/or any related documents.

**RESPONSE:**

15.    Any and all documents in any way relating to any prior insurance claims regarding any property damage made by you or any resident of the Property, or any other place you were residing.

**RESPONSE:**

16.    A copy of each resume, curriculum vitae, and other document listing the qualifications of each and every expert and/or consultant hired by you or on behalf of you who may testify at trial.

**RESPONSE:**

17.    A copy of each document, including but not limited to, each photograph, video, plan, contract, permit or application therefor, invoice, receipt or other document reflecting or pertaining in any way to any and all construction on the Property and/or to any and all construction,

repair or remodeling work performed on any element of the Property.

**RESPONSE:**

18.     A copy of each document, including but not limited to, each bill, estimate, invoice, receipt, photograph, video, plan, contract or document reflecting or pertaining in any way to the maintenance, repair or construction on any element of the Property.

**RESPONSE:**

19.     A copy of each document, including but not limited to, each photograph, video, plan, contract or document reflecting or pertaining to the condition of any element of the Property or to any damage incurred by any element of the Property.

**RESPONSE:**

Respectfully submitted,

/s/ Perry A. Adanick
Hon. James P. Nolan, II
Hon. Perry A. Adanick
Rolfes Henry Co., LPA
10200 Forest Green Blvd., Suite 602
Louisville, KY 40223
P: (502) 371-4000
F: (502) 371-4009
jnolan@rolfeshenry.com
padanick@rolfeshenry.com
*Counsel for Defendant, American Bankers*
*Insurance Company of Florida*

**CERTIFICATE OF SERVICE**

It is hereby certified that a true and accurate copy of the foregoing was served, via the Court's electronic filing system and/or via first-class mail, and facsimile, this the 17th day of December, 2020, upon the following:

Stewart C. Burch
Logan Burch & Fox
114 West Clinton Street
Frankfort, KY 40601
sburch@lgpllc.com
*Counsel for Plaintiffs*

/s/ Perry A. Adanick_____
Perry A. Adanick

AURORA ENTERPRISES 1, LLC,
a Delaware Limited Liability Company, and
RITU KAPOOR, Executrix of
THE ESTATE OF DR. ROHIT ARORA          PLAINTIFFS

V.          RESPONSES TO REQUESTS FOR ADMISSIONS

AMERICAN BANKERS INSURANCE
COMPANY OF FLORIDA          DEFENDANT

_____

The Plaintiffs file the following Response to Request for Admissions:

REQUEST NO. 1:  Please admit that you are not a citizen of, and not domiciled in, the State of Florida.  For the purposes of this request, the term domiciled is defined as the term as used in the Opinion in Travglio v. Am. Express Co., 735 F.3d 1266, 1269 (11th Cir., 2013).

RESPONSE:          Admit.

REQUEST NO. 2:  Please admit the amount of damages Plaintiffs are seeking in this matter, exclusive of attorney's fees, interest and costs, is greater than $75,000.00.

RESPONSE:          Admit.

REQUEST NO. 3:  Please admit the amount of damages Plaintiffs are seeking in this matter, exclusive of attorney's fees, interest and costs, is greater than

$75,000.00.

      RESPONSE:      Admit.

      REQUEST NO. 4:  Please admit the amount of damages Plaintiffs are seeking in this matter, exclusive of attorney's fees, interest and costs, is greater than $75,000.00.

      RESPONSE:      Admit.

      REQUEST NO. 5:  Please admit the amount of damages Plaintiffs are seeking in this matter, exclusive of attorney's fees, interest and costs, is greater than $75,000.00.

      RESPONSE:      Admit.

LOGAN BURCH & FOX

Stewart C. Burch
114 West Clinton Street
Frankfort, Kentucky 40601
(502) 875-3884
sburch@lgpllc.com
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      This is to certify that a true and accurate copy of the foregoing was mailed first-class, postage prepaid, to the following, on this 15 day of January, 2021:

Hon. James P. Nolan, II
Hon. Perry A. Adanick
Rolfes Henry Co., LPA
10200 Forest Green Boulevard
Louisville, KY 40223



ATTORNEYS FOR PLAINTIFFS

ref:smp(Stewart-Pleadings)Arora.ResponsesRFA