UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

AURORA ENTERPRISES 1, LLC and RITU KAPOOR, Executrix of The Estate of Dr. Rohit Arora,                                Plaintiffs,

v.                                Civil Action No. 3:21-cv-95-DJH-CHL

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,                                Defendant.

* * * * *

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 20) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.